JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN DELGADO, | ) | Case No. CV 20-8332-PA (JPR) |
| Petitioner, | ) | |
| v. | ) | **J U D G M E N T** |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Habeas Petition,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 16, 2020

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE